UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN EDWARD RUCKER,<br><br>           Petitioner,<br><br>    v.<br><br>W.S. SULLIVAN, Warden,<br><br>           Respondent. | No. CV 06-415 ABC (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

      IT THEREFORE IS ORDERED that Judgment be entered denying the Petition on the merits with prejudice.

DATED: June 4, 2010

                                                    AUDREY B. COLLINS
                                              United States District Judge