UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN EDWARD RUCKER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>W.S. SULLIVAN, Warden,<br><br>　　　　　Respondent. | No. CV 06-415 ABC (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 4, 2010

　　　　　　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge